HANSON BRIDGETT LLP
ANDREW W. STROUD, SBN 126475
astroud@hansonbridgett.com
G. THOMAS RIVERA III, SBN 333556
trivera@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 491-3050
Facsimile:    (916) 491-3090

Attorneys for Defendant Pacific Gas &
Electric (PG&E)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL ALWEISS,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF SACRAMENTO; MARIO LARA; SHANNON BROWN; CHRIS CONLIN; UNNAMED CITY OF SACRAMENTO POLICE OFFICERS NOS 1-3; LARRY K. JOYNER; ST. PAUL CHURCH OF GOD-CHRIST; FIRST STEP COMMUNITIES-THE GROVE; PG&E; and DOES 1-25,<br><br>            Defendants. | Case No. 2:21-cv-02095-JAM-DB<br><br>**SECOND STIPULATION FOR AN EXTENSION OF TIME FOR PG&E TO RESPOND TO COMPLAINT; and ORDER**<br><br>Local Rule 144<br><br>Trial Date:    None Set |

Pursuant to Eastern District of California Local Rule 144, Plaintiff Daniel Alweiss ("Plaintiff") and Defendant Pacific Gas & Electric Co. ("Defendant") by and through their counsel stipulate and agree to extend Defendant's time to respond to Plaintiff's Complaint from February 18, 2022 up to and including March 11, 2022. This second extension is necessary so that the parties can continue their good faith meet and confer efforts regarding Defendant's response to Plaintiff's Complaint.

///

IT IS SO STIPULATED.

DATED:  February 16, 2022                      HANSON BRIDGETT LLP

By: _____/s/ *Andrew W. Stroud*_____
ANDREW W. STROUD
Attorneys for Defendant Pacific Gas &
Electric (PG&E)

DATED:  February 16, 2022                      LAW OFFICE OF EVAN C. NELSON

By: _____/s/ *Evan C. Nelson*_____
EVAN C. NELSON
Attorneys for Plaintiff Daniel Alweiss

### **ORDER**

Based on the stipulation of the parties and for good cause shown, the time for which Defendant Pacific Gas & Electric to file a response to Plaintiff's Complaint is hereby extended to March 11, 2022.

IT IS SO ORDERED.

DATED:  February 16, 2022            /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE