1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11                         ----oo0oo----

12   DANIEL ALWEISS,                 No. 2:21-cv-02095-WBS-DB

13               Plaintiff,

14        v.                         ORDER REFERRING CASE TO VDRP AND
                                     STAYING PROCEEDINGS
15   CITY OF SACRAMENTO; MARIO
     LARA; SHANNON BROWN; CHRIS
16   CONLIN; TERESA HAENGGI;
     UNNAMED CITY OF SACRAMENTO
17   POLICE OFFICERS NOS. 1-3;
     LARRY K. JOYNER; ST. PAUL
18   CHURCH OF GODCHRIST; FIRST
     STEP HOUSING; and DOES 1-25,
19
                Defendants.
20

21

22                         ----oo0oo----

23        The parties have agreed that this case is appropriate

24   for an early settlement conference through the court's Voluntary

25   Dispute Resolution Program ("VDRP").  (Docket No. 27 at 4-5.)

26   Accordingly, the court will refer the action to VDRP.

27        IT IS THEREFORE ORDERED that:

28        1.   Within fourteen (14) days of this Order, the

                                1

1   parties shall contact the court's VDRP administrator, Sujean

2   Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the

3   process of selecting an appropriate neutral.  The parties shall

4   carefully review and comply with Local Rule 271, which outlines

5   the specifications and requirements of the VDRP.

6           2.   Any party that objects to this referral to the

7   VDRP shall file its objections within seven (7) days of this

8   Order.  Such objections shall clearly outline why that party

9   believes that the action is not appropriate for referral to the

10  VDRP.

11          3.   To avoid the unnecessary expenditure of costs and

12  attorneys' fees, this action is hereby stayed to provide the

13  parties time to complete the VDRP session.  No later than five

14  (5) days after completion of the VDRP session, the parties shall

15  file a joint statement indicating whether a settlement was

16  reached.

17          4.   The parties shall complete the VDRP session no

18  later than September 19, 2022.  The court hereby resets the

19  Status (Pretrial Scheduling) Conference for October 24, 2022.  If

20  a settlement is not reached through VDRP, the parties shall

21  submit an Amended Joint Status Report no later than October 11,

22  2022.

23          IT IS SO ORDERED.

24  Dated:  July 11, 2022

25                                    WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE

26

27

28