1  Evan C. Nelson, Esq. (SBN 172957)
   LAW OFFICE OF EVAN C. NELSON
2  1261 Locust Street, No. 191
   Walnut Creek, CA  94596-4509
3  Tel:  925-247-8992
   Email:  evancnelson.law@gmail.com
4  *Attorneys for Plaintiff Daniel Alweiss*

5

6

7                    UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9                       SACRAMENTO DIVISION

10

11  **DANIEL ALWEISS,**                   Case No. 2:21-cv-02095-WBS-DB

12                         Plaintiffs,    STIPULATION AND ORDER FOR VDRP
                                          DATE AND STATUS CONFERENCE DATE
13        **v.**                          RESET

14                                          [Loc. Rule 271(i).]

15  **CITY OF SACRAMENTO; MARIO**        Courtroom:  5
    **LARA; SHANNON BROWN; CHRIS**      Judge: Hon. William B. Shubb
16  **CONLIN; TERESA HAENGGI;**         Compl. Filed:  November 11, 2021
    **UNNAMED CITY OF SACRAMENTO**      FAC Filed:  June 15, 2022
17  **POLICE OFFICERS NOS 1-3; LARRY K.**
    **JOYNER;  ST. PAUL CHURCH OF GOD-**  Mediator:  Carl L. Blumenstein, Esq.
18  **CHRIST; FIRST STEP HOUSING; and**
    **DOES 1-25**,
19                         Defendants,

20

21

22        Plaintiff DANIEL ALWEISS, Defendant CITY OF SACRAMENTO, and all named City

23  of Sacramento officials, Defendant FIRST STEP HOUSING, and Defendants LARRY K.

24  JOYNER and ST. PAUL CHURCH OF GOD-CHRIST hereby stipulate as follows:

25        1.    The parties are engaging in the Court's VDRP and mediation is now set for October

26  27, 2022, before mediator Carl L. Blumenstein, Esq.  This date was set due to scheduling

27  conflicts amongst the parties and their counsel.

28  ///

                                          1

2.     The Court's Order of July 12, 2022, orders the parties to complete the VDRP session no later than September 19, 2022; and reset the Status (Pretrial Scheduling) Conference for October 24, 2022, with an Amended Joint Status Report no later than October 11, 2022.

3.     In order to permit meaningful early mediation involving all the parties, the parties request the Court extend the deadlines set forth in its Order of July 11, 2022, at page 2, lines 17 through 22.

LAW OFFICE OF EVAN C. NELSON

Dated:  September 1, 2022                    _____/s/_____
                                            Evan C. Nelson, Esq.
                                            *Attorneys for Plaintiff Daniel Alweiss*

CITY ATTORNEY'S OFFICE

Dated:  September 1, 2022                    _____/s/_____
                                            Chance L. Trimm
                                            *Attorneys for Defs City of Sacramento
                                            and related officials.*

DE LA PENA & HOLIDAY, LLP

Dated:  September 1, 2022                    _____/s/_____
                                            Gregory De La Pena, Esq.
                                            *Attorneys for Defendant First Step Housing*

GUIDEONELAW

Dated:  September 1, 2022                    _____/s/_____
                                            Ramsey Kubein, Esq.
                                            *Attorneys for Defendants Larry K. Joyner
                                            and St. Paul Church Of God-Christ*

1

2                                      **ORDER**

3          PURSUANT TO STIPULATION, IT IS ORDERED as follows:

4          1.      The parties shall complete the VDRP session on October 27, 2022.

5          2.      The Scheduling) Conference is now reset for **December 5, 2022 at 1:30 p.m.**, with

6    an Amended Joint Status Report due no later than **November 21, 2022**.

7
     Dated:  September 2, 2022
8                                                    WILLIAM B. SHUBB
                                                     UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28